IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 30 PM 2:55

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

---

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20342-Ma

CHRISTOPHER HOWARD,

   Defendant.

---

ORDER COMMITTING DEFENDANT TO CUSTODY OF ATTORNEY GENERAL

---

Having conducted a hearing pursuant to 18 U.S.C. §4241(d)(1) with the Assistant U. S. Attorney and counsel for the defendant, and having reviewed the report of the evaluating physician, the court finds that the defendant, Christopher Howard, suffers from a severe mental defect and is currently incompetent and unable to assist in his own defense.

The court hereby ORDERS that the defendant, Christopher Howard, be committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d)(1) for treatment as it is necessary to determine whether there is substantial probability that in the foreseeable future he will attain the capacity to permit the trial in this cause to proceed.

It is so ORDERED this 30th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-3-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20342 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT