

## U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

October 27, 2005

The Honorable Samuel H. Mays, Jr.
United States District Court
Western District of Tennessee
Clifford David Federal Building
167 North Main Street
Memphis, Tennessee 38103

RE: Howard, Christopher
     Register Number: 20033-076
     Docket Number:   04-20342-MA

Dear Judge Mays

The above-referenced individual was admitted to the Mental Health Unit
of this facility on October 26 2005, pursuant to the provisions of
Title 18, United States Code, Section 4241(d)

Currently, the assigned Treatment Team members are conducting
interviews and psychological testing with Mr. Howard which are
necessary to complete his evaluation. In order to provide the Court
with a comprehensive evaluation, I respectfully request that his
evaluation period begin on the date of his arrival at this
institution. If this request is granted, the evaluation period will
end on February 22, 2006. My staff will attempt to complete the
evaluation as soon as possible and have a final report to the Court
within 14 days of the end date. If you concur, please forward a copy
of the amended Order by fax machine to (919) 575-4866 to the attention
of Inmate Systems Management and send a certified copy to the Records
Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are
in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

(GRANTED)/DENIED (Circle One)

Signature: _____     DATE: 11/4/05
           District Judge Samuel H. Mays, Jr.

cc: David Pritchard, Assistant United States Attorney
    Pam Hamerick, Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20342 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT